## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**Natahsa Lashawn Thompson**                                                          **Plaintiff**

**v.**                                     **No. 2:13–CV–079-SWW**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                 **Defendant**

### <u>ORDER ACCEPTING RECOMMENDED DISPOSITION</u>

After reviewing the recommended disposition filed in this case, the court finds

that no party has objected.  The court ACCEPTS the recommended disposition and

DENIES Natahsa Lashawn Thompson's request for relief (docket entry # 2).  The court

will enter judgment affirming the decision of Carolyn W. Colvin, Acting Commissioner

of the Social Security Administration.

So ordered this 9th day of June, 2014.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE