IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**Natahsa Lashawn Thompson**                                                                      **Plaintiff**

**v.**                                **No. 2:13–CV–079-SWW**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                                    **Defendant**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED.  Judgment is entered in favor of the Commissioner.

So ordered this 9th day of June, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE